

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# At Baltimore

In re:    Case No. 23-10050-DER    Chapter 13

**LAKEN OYEDOKUN and**
**LAURA OYEDOKUN**,

   Debtors.

## MEMORANDUM TO COUNSEL

    After consideration of counsel's response to the court's Order to Justify Fee, the record herein, and the particular facts and circumstances of this case explained in counsel's response, the court has determined to take no further action with respect to counsel's fee. The court takes note of counsel's request that he be allowed to claim a total fee of $6,000 by separate motion. By entry of this Memorandum, the court expresses no opinion on the allowance of any fee greater than the $2,000 already paid by the Debtors.

cc:    Debtors
       Attorney for Debtors – Pro Se
       Chapter 13 Trustee
       United States Trustee

**END OF ORDER**